08/17

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:                                            Case No. **19-05036**

**Bette Eileen Olivares**                         Chapter 7

Debtor(s).

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| 8656 Hathaway Kalamazoo, MI 49009 Kalamazoo County Parcel Number 05-33-170-054. Value Based on 2x SEV. | YES | LENDER PLACED | | |
| 2000 Buick Century 53,000 miles Value Based on 85% NADA Clean Retail Location: 8656 Hathaway, Kalamazoo MI 49009 | YES | PROGRESSIVE | MAY 2020 | YES |
| Typical Furniture. No item over $625. Location: 8656 Hathaway, Kalamazoo MI 49009 | NO | | | |
| cell phone/television/computer/etc (No single item >$625) Location: 8656 Hathaway, Kalamazoo MI 49009 | NO | | | |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐  No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated:  December 3, 2019                          /s/ Bette Eileen Olivares
                                                                                   Bette Eileen Olivares
                                                                                                    Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.